

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00467-CV

**IN RE CHRISTUS SANTA ROSA HEALTH CARE CORPORATION D/B/A CHRISTUS SANTA ROSA CHILDREN'S HOSPITAL**, Relator

Original Mandamus Proceeding[1]

Opinion by:    Rebeca C. Martinez, Chief Justice
Dissenting Opinion by: Velia J. Meza, Justice

Sitting:      Rebeca C. Martinez, Chief Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: August 5, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On June 11, 2026, Relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the trial court's discovery order pending final resolution of the petition for writ of mandamus, which this court granted on June 17, 2026. After considering the petition and the record, this court concludes Relator is not entitled to the relief sought. *See* TEX. R. APP. P. 52.3(k)(1)(B) ("The appendix must contain . . . a certified or sworn copy of any order complained of, or any other document showing the matter complained of"); *In re Rhew*, No. 05–16–00411–

---

[1] This proceeding arises out of Cause No. 2025-CI-26425, styled *Nuria Chrisman and Nathaniel Casillas-Gutierrez, Individually and as Next Friends of A.C.G., a minor v. CHRISTUS Santa Rosa Health Care Corporation d/b/a CHRISTUS Santa Rosa Children's Hospital*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.

CV, 2016 WL 1551724, at \*1 (Tex. App.—Dallas Apr. 15, 2016, orig. proceeding) (mem. op.) (holding trial court's oral ruling did not meet criteria to permit mandamus review where decision was articulated over the course of several pages in the reporter's record, made in the context of considerable discussion with counsel seeking to clarify the contours of the decision, and obscured by discussion of contingencies); *cf. In re Bledsoe*, 41 S.W.3d 807, 811 (Tex. App.—Fort Worth 2001, orig. proceeding) (noting predecessor to Rule 52.3(k)(1)(B) "allows consideration of an oral order if the court's ruling is a clear, specific, and enforceable order that is adequately shown by the record."). Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on June 17, 2026, is lifted.

Rebeca C. Martinez, Chief Justice